IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:04CR169 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| DIANE BIRD, | ) | |
| | ) | |
| Defendant. | ) | |

On the oral motion of the defendant, and with the agreement of the government,

IT IS ORDERED that:

(1) Defendant Bird's evidentiary hearing and sentencing is rescheduled before the undersigned United States district judge to Friday, August 5, 2005, from 2:30-3:30 p.m., in the Special Proceedings Courtroom, Roman L. Hruska United States Courthouse, Omaha, Nebraska. The defendant shall be present unless excused by the court.

(2) The writ of habeas corpus ad testificandum as to Alberto Hiriarte Rodriguez and the June 24, 2005, sentencing date is canceled.

DATED this 8th day of June, 2005.

BY THE COURT:

s/ Richard G. Kopf
United States District Judge